DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT STAVELY, JIMMIE STAVELY, PATRICIA STAVELY** and
**STEPHANIE WILKERSON,**
Appellants,

v.

**FKH SFR C1, L.P.,**
a Delaware limited partnership, f/k/a **CERBERUS SFR HOLDINGS II,
L.P.**, a Delaware limited partnership,
Appellee.

No. 4D22-1044

[December 8, 2022]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond Alonzo, Judge; L.T. Case No. 562022CC000666.

Robert Stavely, Jimmie Stavely, Patricia Atavely, and Stephanie Wilkerson, Port St. Lucie, pro se.

No brief for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***